ANNA DE MARCO, Respondent, *v.* THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, November 23, 1932.

*Frederick C. Tanner* [*Morris E. Kinnan* of counsel], for the appellant.

*Hamill, Weinberg & Munro* [*Edmund F. Quinn* of counsel], for the respondent.

PER CURIAM. It was a condition precedent to recovery that proof of death be filed with the defendant. Its admissions against interest are binding on the plaintiff; unless explained they are conclusive evidence of the truth of its contents. (*Cirrincioni* v. *Metropolitan Life Ins. Co.*, 223 App. Div. 461; *Vecchio* v. *Metropolitan Life Ins. Co.*, 224 id. 301.)

Judgment reversed and new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur; present, LYDON, LEVY and CALLAHAN, JJ.